1 | RICHARD J. REYNOLDS     STATE BAR NO. 89911
2 | ELIZABETH DOLAN SCOTT   STATE BAR NO. 241376
    TURNER, REYNOLDS, GRECO & O'HARA
    A Law Corporation
3 | 16485 Laguna Canyon Road, Suite 250
    Irvine, California 92618-3837
4 | Telephone:  949 474-6900
    Facsimile:  949 474-6907
5 | E-Mail:     rreynolds@trlawyers.com
                escott@trlawyers.com
6 |
7 | **Attorneys for** Defendants MTC FINANCIAL INC., dba TRUSTEE CORPS (erroneously sued at MTC Financial, Inc. dba Trustee Corps)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CYNTHIA BROWN, an individual,<br><br>            Plaintiff,<br><br>       vs.<br><br>GUARANTY RESIDENTIAL LENDING, INC., a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-Through Certificates, Series 2005-AR16IP under the Pooling and Servicing Agreement dated July 1, 2005, a business entity, form unknown; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a corporation; INDYMAC MORTGAGE SERVICING, a business entity, form unknown and DOES 1 through 20,<br><br>            Defendants. | CASE NO. ED CV10-01950VAP(AGRx)<br><br>Riverside Superior Court<br>Case No. RIC10022731<br><br>**PROOF OF SERVICE OF DOCUMENTS** |

   I, GAIL M. LATIMER, say:

   1.   I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 16485 Laguna Canyon Road, Suite 250, Irvine, California 92618.

   2.   On December 20, 2010, I served the foregoing documents:

       a.   CIVIL COVER SHEET;

---

853516.674
00264927.WPD; 1                                    1
                              PROOF OF SERVICE OF DOCUMENTS

1         b.    NOTICE OF REMOVAL OF ACTION UNDER 28 USC §1441(b); 1446 [Federal Question]

      c.    CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

      d.    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

      e.    NOTICE TO PARTIES OF ADR PILOT PROGRAM;

      f.    NOTICE OF FILING LOCATION POLICY;

      g.    NOTICE TO COUNSEL; AND,

      h.    CIVILITY AND PROFESSIONALISM GUIDELINES

upon the interested parties in this action addressed as follows:

| | |
|---|---|
| Jennifer B. Siverts-McGrady<br>Adam M. Kent<br>Law Offices of Jenniver B. Siverts-McGrady<br>4455 Morena Blvd., Suite 213<br>San Diego, CA 92117 | Attorneys for Plaintiff, Cynthia Brown<br>Tel:   626 858 272-5800<br>E-mail: jennifer@bsmlaw.com |

in the following manner:

    3.    (**BY U.S. MAIL**) I placed a true and correct copy of said document in a sealed envelope with postage thereon fully prepaid, to be deposited in the U.S. Mail at Irvine, California. I am "readily familiar" with my firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    (**FEDERAL**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed on December 20, 2010, at Irvine, California.

                          /s/ Gail M. Latimer<br>                          **GAIL M. LATIMER**