# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 10-1950 CAS (AGRx) | Date | May 31, 2011 |
|---|---|---|---|
| Title | CYNTHIA BROWN v. GUARANTY RESIDENTIAL LENDING, INC., ETC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(In Chambers:) DEFENDANT MTC FINANCIAL, INC., DBA TRUSTEE CORPS' MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; AND MOTION TO STRIKE PUNITIVE DAMAGES** (filed 04/18/11)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. The June 6, 2011 hearing on this matter is hereby VACATED.

On November 29, 2010, plaintiff Cynthia Brown filed the instant action in Riverside County Superior Court against Guaranty Residential Lending, Inc. ("Guaranty Lending"); Mortgage Electronic Registration Systems ("MERS"); Deutsche Bank National Trust Company ("Deutsche Bank"); MTC Financial, Inc. dba Trustee Corps ("MTC"); OneWest Bank, FSB, erroneously sued as IndyMac Mortgage Servicing ("OneWest"); and Does 1-20 (collectively, "defendants"). On December 16, 2010, MTC removed the action to this Court on the basis of federal question jurisdiction. See 28 U.S.C. §§ 1441(b) and 1446.

On February 28, 2011, the Court dismissed plaintiff's federal law claims without prejudice, and directed plaintiff to file an amended complaint within thirty days. Dkt. 25. On March 30, 2011, plaintiff filed a first amended complaint ("FAC") against defendants, alleging claims for: (1) declaratory relief; (2) quiet title; (3) rescission; (4) promissory estoppel; (5) breach of the implied covenant of good faith and fair dealing; (6) violation of the Truth in Lending Act, 15 U.S.C. § 1601 et seq.; (7) violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 et seq.; (8) violation of California Civil

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-1950 CAS (AGRx) | Date | May 31, 2011 |
|---|---|---|---|
| Title | CYNTHIA BROWN v. GUARANTY RESIDENTIAL LENDING, INC., ETC.; ET AL. | | |

Code § 2923.5; (9) fraud; (10) unfair and deceptive business practices in violation of California Business and Professions Code § 17200; (11) unconscionability; (12) predatory lending in violation of California Business and Professions Code § 17200; and (13) additional violations of California Business and Professions Code § 17200.

On April 18, 2011, defendant MTC filed the instant motions to dismiss plaintiff's complaint, with prejudice, for failure to state a claim upon which relief may be granted; and to strike punitive damages. On May 26, 2011, plaintiff filed a statement of non-opposition to MTC's motion to dismiss, indicating that she does not oppose MTC's motion. Accordingly, the Court hereby DISMISSES plaintiff's claims against MTC with prejudice. The Court DENIES plaintiff's motion to strike punitive damages as moot.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |