JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CYNTHIA BROWN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GUARANTY RESIDENTIAL LENDING, INC., a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR161P, Mortgage Pass-Through Certificates, Series 2005-AR161P under the Pooling and Servicing Agreement dated July 1, 2005, a business entity, form unknown; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a corporation; INDYMAC MORTGAGE SERVICING, a business entity, form unknown and DOES 1-20,<br><br>Defendants. | Case No. 5:10-cv-01950-CAS –AGR<br><br>*Assigned to: Judge Christina A. Snyder*<br>*Referred to: Magistrate Judge Alicia G. Rosenberg*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND DISMISSING PLAINTIFF CYNTHIA BROWN AND DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, DEUTSCHE BANK NATIONAL TRUST COMPANY AND INDYMAC MORTGAGE SERVICING FROM THIS ACTION WITH PREJUDICE**<br><br>*Removal Filed: December 16, 2010*<br>*State Action Filed: November 29, 2010* |

Based on the stipulation of counsel for Plaintiff and Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR161P, Mortgage Pass-Through Certificates, Series 2005-AR161P under the Pooling and Servicing Agreement dated July 1, 2005, and INDYMAC MORTGAGE SERVICING, and good cause appearing, the

1 | Court grants the stipulated request and dismisses this entire action with prejudice.
2 |
3 |     IT IS SO ORDERED.
4 |
  | Dated:_August 1, 2011              *Christina A. Snyder*
5 |
6 |                                    Hon. Christina A. Snyder
  |                                    U.S. District Court Judge
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |